JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL EARL HARRIS, JR., an individual,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION dba AMTRAK RAILROAD COMPANY, a corporation; DOES 1, an individual; DOES 2 through 50, inclusive,<br><br>Defendants. | Case No.: 2:21-cv-00278-RGK-JPR<br><br>[~~PROPOSED~~] **ORDER RE JOINT MOTION FOR STIPULATED DISMISSAL WITH PREJUDICE**<br><br><br><br>Complaint Filed: May 14, 2020<br>Trial Date: January 18, 2022 |

THE COURT, having reviewed and approved the Joint Motion for Stipulated Dismissal with Prejudice by and between Plaintiff MICHAEL EARL HARRIS, JR., an individual, and Defendant NATIONAL RAILROAD PASSENGER CORPORATION, service mark AMTRAK, erroneously sued and served as NATIONAL RAILROAD PASSENGER CORPORATION, d/b/a Amtrak Railroad Company orders as follows:

-2-

1      **IT IS ORDERED THAT** the Stipulation to Dismiss between Plaintiff
2  MICHAEL EARL HARRIS, JR., an individual, and Defendant NATIONAL
3  RAILROAD PASSENGER CORPORATION, service mark AMTRAK, erroneously
4  sued and served as NATIONAL RAILROAD PASSENGER CORPORATION, d/b/a
5  Amtrak Railroad Company is approved and this entire action and all parties are
6  dismissed with prejudice.  Plaintiff and Defendants will bear their own costs,
7  expenses, and attorneys' fees.

    **IT IS SO ORDERED.**

DATED: January 3, 2022   By: _____
Honorable R. Gary Klausner
United States District Court Judge